JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR IMAGE APPAREL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLORAL BELLA INTERNATIONAL, LLC, a Texas limited liability company,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 10-01946 DDP (FMOx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 19, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　United States District Judge